# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **MANUEL ORNELAS** § | |
| Plaintiff, § | |
| vs. § | |
| § | **CIVIL ACTION NO. 7:21-cv-00019** |
| **CD KING CONSTRUCTION, LLC AND** § | |
| **CHADWICK D. KING, ADRIAN S. PEREZ,** § | |
| Defendants. § | |

## NOTICE OF SETTLEMENT AND REQUEST TO ADMINISTRATIVELY CLOSE CASE

Plaintiff Manuel Ornelas and Defendants CD King Construction, LLC; Chadwick D. King; and Adrian S. Perez, jointly file this Notice of Settlement and Request to Administratively Close Case, and would show as follows:

The parties have reached an agreement in principle to resolve this case. The parties anticipate that the settlement will be fully performed by December 1, 2023. As such, the parties request that the Court administratively close the case to allow full performance of the settlement, upon which time the parties will file a Motion to Dismiss with Prejudice.

Respectfully submitted,

*/s/ Benjamin Petty*
BENJAMIN PETTY
State Bar No. 24105934
BPetty@kmdfirm.com

OF

KELLY, MORGAN, DENNIS, CORZINE & HANSEN, P.C.
P.O. Box 1311
Odessa, Texas 79760-1311
Phone: (432) 367-7271 | Fax: (432) 363-9121

*Attorneys for Defendants CD King Construction, LLC and Chadwick D. King*


*/s/ Holly Williams (with permission)*
Holly Williams

State Bar No. 00788674

OF

WILLIAMS LAW FIRM, P.C.
1209 W. Texas Avenue
Midland, Texas 79701
holly@williamslawpc.com
*Attorneys for Defendant Adrian Perez*


*/s/ Curt Hesse (with permission)*
MELISSA MOORE
State Bar No. 24013189
CURT HESSE
State Bar No. 24065414

OF

MOORE & ASSOCIATES
Lyric Centre
440 Louisiana Street, Suite 675
Houston, Texas 77002-1063
melissa@mooreandassociates.net
curt@mooreandassociates.net
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing was served on all counsel of record through the e-filing system this 2nd day of May 2023. Service was also made via the following method(s):

**Via First-Class Mail**
Melissa Moore and Curt Hesse
MOORE & ASSOCIATES
Lyric Centre
440 Louisiana Street, Suite 675
Houston, Texas 77002-1063
melissa@mooreandassociates.net
curt@mooreandassociates.net
*Attorneys for Plaintiff*

**Via E-file**
Holly Williams
WILLIAMS LAW FIRM, P.C.
1209 W. Texas Avenue

Midland, Texas 79701
holly@williamslawpc.com
*Attorneys for Defendant Adrian Perez*

                                      */s/ Benjamin Petty*
                                      BENJAMIN PETTY